**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 13, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00081-CV**

---

**IN RE MARATHON PETROLEUM COMPANY LP AND MARATHON PETROLEUM LOGISTICS SERVICES LLC, Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-00643**

## MEMORANDUM OPINION

On February 7, 2023, relators Marathon Petroleum Company LP and Marathon Petroleum Logistics Services LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Rabeea Sultan Collier, presiding judge of the 113th District Court of Harris County, to vacate the trial

court's January 13, 2023 denial of relators' motion to dismiss based on forum non-conveniens grounds.

On June 23, 2023, realtors filed a motion to withdraw petition for writ of mandamus, advising that a settlement had been reached in the underlying matter.

Accordingly, we grant relators' motion to withdraw petition for writ of mandamus. Relators' petition for writ of mandamus is dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.